# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FRANK BARRON, | NO. ED CV 12-0432 PA (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARTIN BITER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 26, 2012.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE